JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RICARDO RAMIREZ, | ) | CASE NO: 2:13-cv-02026-MMM-VBK |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| WYETH, LLC, et al. | ) | |
| Defendants. | ) | |

This matter comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii).

The Court hereby **ORDERS** that plaintiff's claims against all defendants are hereby dismissed with prejudice, and each party shall bear its own cost and fees.

Dated: August 21, 2013

_____
Honorable Margaret M. Morrow
Judge of the United States District Court