JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICARDO RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WYETH, LLC, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 2:13-cv-02026-MMM-VBK <br><br> **ORDER OF DISMISSAL** |

This matter comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii).

The Court hereby **ORDERS** that plaintiff's claims against all defendants are hereby dismissed with prejudice, and each party shall bear its own cost and fees.

Dated: August 21, 2013

_____
Honorable Margaret M. Morrow
Judge of the United States District Court